

# Fourth Court of Appeals
## San Antonio, Texas

November 1, 2023

No. 04-23-00790-CV

**IN RE** Monique **HEMPHILL**, as Executor of Estate of Leola Mae Moton

Original Proceeding[1]

### ORDER

On August 24, 2023, relator filed a petition for writ of mandamus. However, relator and real party in interest have reached an agreement on the issues raised in relator's petition, and relator has filed a notice of nonsuit stating this mandamus proceeding should be dismissed.

Accordingly, we DISMISS AS MOOT this mandamus proceeding in accordance with the relator's notice of nonsuit.

We FURTHER ORDER costs of appeal assessed against the party incurring same.

It is so **ORDERED** on November 1, 2023.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of November, 2023.

_____
Michael A. Cruz, Clerk of Court

---

[1]This proceeding arises out of Cause No. 2009 PC 3816, styled *In the Estate of Jerry D. Moton, Deceased*, pending in the Probate Court No. 2, Bexar County, Texas, the Honorable Veronica Vasquez presiding.